# EXHIBIT 1



# New York State Unified Court System

|                          |                                                                                                                                                                                                                                             |              |
|--------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|
| **Welcome**              | **COURTS**                                                                                                                                                                                                                                  | COURTS       |
| **Attorney Search**      | *Attorney Search*                                                                                                                                                                                                                           | LITIGANTS    |
| **Resources**            | To search you must enter at least the first character of the Attorney's first name OR the first character of the Attorney's middle name AND the first character of the last name. To narrow your search enter the Attorney's full name.    | ATTORNEYS    |
| **Attorney Registration**|                                                                                                                                                                                                                                             | JURORS       |
| **E-Courts**             | **Required Fields:**                                                                                                                                                                                                                        | JUDGES       |
| **Contact Us**           | First Name:  WILLIAM                                                                                                                                                                                                                        | CAREERS      |
|                          | Middle Name:                                                                                                                                                                                                                                |              |
|                          | Last Name:  HENIG                                                                                                                                                                                                                           | SEARCH       |

**Sort by:**

○ City                    ○ Registration Number
◉ Last Name               ○ Registration Status
○ State                   ○ Year Admitted

**Search Results: 1 Returned**

|   | Attorney Name (Click name for details) | Registration Number | City   | State | Year Admitted | Registration Status  |
|---|----------------------------------------|---------------------|--------|-------|---------------|----------------------|
| 1 | WILLIAM HENIG                          | 4371175             | MONSEY | NY    | 2006          | Currently registered |

[ Search Again ]

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800 or email attyreg@courts.state.ny.us.

www.NYCOURTS.gov