**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7140

WRITER'S INTERNET ADDRESS
marcgreenwald@quinnemanuel.com

February 18, 2014

**VIA FACSIMILE: 212-805-6712**

The Honorable Kevin Nathaniel Fox
United States District Court
40 Foley Square
New York, NY 10007

Re:   Henig v. Quinn Emanuel Urquhart & Sullivan, LLP, *et al*
      No. 13 Civ. 1432 (RA)

Dear Judge Fox:

I write respectfully to request that the telephone conference set by the Court today for this Thursday, February 20, 2014 at 10:00 a.m. be adjourned to next week. All counsel consent to this request and no previous request to adjourn this telephone conference has been made. All counsel are available on Tuesday, February 25 at any time, or Wednesday, February 26 before 3:00 pm.

Very truly yours,

Marc L. Greenwald

cc:  Zachary A. Hummel, Esq. (via e-mail)
     Maimon Kirschenbaum, Esq. (via e-mail)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG