UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 23 2015
```

WILLIAM HENIG, on behalf of himself and all others similarly situated,

          Plaintiff,

-against-

QUINN EMANUEL URQUHART & SULLIVAN, LLP and PROVIDUS NEW YORK, LLC,

          Defendants.

No. 13-CV-1432 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On October 29, 2014, the Court ordered that Defendants' motion for summary judgment be held in abeyance pending a decision by the Second Circuit in *Lola v. Skadden, Arps, Slate, Meagher & Flom LLP*, No. 14-3845. The Second Circuit issued such decision today. __ F.3d __, No. 14-3845, *slip op.* (2d Cir. July 23, 2015). Accordingly, within ten days of today's date, the parties shall submit a joint letter proposing a revised briefing schedule for the pending motion. Defendants' original motion shall be administratively terminated to permit re-filing with any supplemental briefing by Defendants in light of the Circuit's ruling. The Clerk of the Court is respectfully directed to close items 110 and 112 on the docket.

SO ORDERED.

Dated:    July 23, 2015
          New York, New York

                                    Ronnie Abrams
                                    United States District Judge