UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM HENIG, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP and PROVIDUS NEW YORK, LLC,<br><br>      Defendants. | 13 CIV 1432 (RA) |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

  PLEASE TAKE NOTICE that upon the Supplemented Memorandum of Law dated August 14, 2015, Supplemented Statement of Undisputed Facts Pursuant to Local Rule 56.1 dated August 14, 2015, and the supporting Supplemented Declaration of Samuel C. Kitchens, dated August 14, 2015, Defendant Quinn Emanuel Urquhart & Sullivan, LLP will hereby move this Court, before the Hon. Ronnie Abrams, in courtroom 1506 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Quinn Emanuel summary judgment, directing the Clerk to enter judgment in Quinn Emanuel's favor, and granting any such other relief as this Court deems just and proper.

  Quinn Emanuel's Supplemented Memorandum of Law and Statement of Undisputed Facts Pursuant to Local Rule 56.1, as well as the Supplemented Declaration of Samuel C. Kitchens have been sent directly to Judge Abrams pursuant to Judge Abrams' Individual Practice Rule 5(A) concerning redactions and filing under seal.  Copies of the letter to Judge Abrams, the Memorandum, the Statement of Undisputed Facts, and the Declaration have also been

contemporaneously sent to counsel for Plaintiff, D. Maimon Kirschenbaum of Joseph & Kirschenbaum LLP, via email and overnight delivery.

DATED: New York, New York
         August 14, 2015

                              Respectfully submitted,

                              QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

                              By  /s/ Marc L. Greenwald
                                 Peter E. Calamari
                                 (petercalamari@quinnemanuel.com)
                                 Marc L. Greenwald
                                 (marcgreenwald@quinnemanuel.com)
                                 Elinor C. Sutton
                                 (elinorsutton@quinnemanuel.com)
                                 Samuel C. Kitchens
                                 (samuelkitchens@quinnemanuel.com)

                                 51 Madison Avenue, 22nd Floor
                                 New York, New York 10010
                                 (212) 849-7000

                                 *Attorneys for Defendant Quinn Emanuel*
                                 *Urquhart & Sullivan, LLP*