UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM HENIG, on behalf of himself and
all others similarly situated,

      Plaintiff,

 -against-

QUINN EMANUEL URQUHART &
SULLIVAN, LLP and PROVIDUS NEW
YORK, LLC,

      Defendants.

13 CIV 1432 (RA)

**REPLY DECLARATION OF SAMUEL C. KITCHENS**

I, Samuel C. Kitchens, hereby declare as follows:

1. I am an attorney associated with Quinn Emanuel Urquhart & Sullivan ("Quinn Emanuel"), which is representing itself in the above captioned action, and am admitted to practice before this Court.  I submit this declaration in support of Quinn Emanuel's Motion for Summary Judgment.  Unless otherwise specified, I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached as Exhibit FF is a true and correct copy of Formal Opinion 328 of the ABA Committee on Ethics and Professional Responsibility (1972).

3. Attached as Exhibit GG is a true and correct copy of Opinion 557 of the New York State Bar Association Committee on Professional Ethics (1984).

4. Attached as Exhibit HH is a true and correct copy of Opinion 682 of the New York County Lawyers Association Committee on Professional Ethics (1990).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2015, in New York, NY.

_____<br>Samuel C. Kitchens