# quinn emanuel trial lawyers

October 22, 2012                        Matter # 61937
Page 384                              Invoice # 1187528

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 09/10/12 | WH1 | Performed first level review of documents from ▇▇▇ and ▇▇▇ for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that ▇▇▇ has made, which documents should be withheld from production for either privilege or non-responsiveness. | 11.50 |

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      QE00213793

# quinn emanuel trial lawyers

October 22, 2012      Matter # 61937
Page 445      Invoice # 1187528

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/11/12 | WH1 | Performed first level review of documents from ▮ and ▮ for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that ▮ has made, which documents should be withheld from production for either privilege or non-responsiveness. | 10.50 |

# quinn emanuel trial lawyers

October 22, 2012 — Matter # 61937
Page 503 — Invoice # 1187528

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/12/12 | WH1 | Performed first level review of documents from ▇▇▇ and ▇▇▇ for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that ▇▇▇ has made, which documents should be withheld from production for either privilege or non-responsiveness. | 11:50 |

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     QE00213912

# quinn emanuel trial lawyers

October 22, 2012     Matter # 61937
Page 562     Invoice # 1187528

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | |  | |
| 09/13/12 | WH1 | Performed first level review of documents from ▮▮▮ and ▮▮▮ for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that ▮▮▮ has made, which documents should be withheld from production for either privilege or non-responsiveness. | 10.60 |

# quinn emanuel trial lawyers

October 22, 2012      Matter # 61937
Page 616      Invoice # 1187528

| Date | Timekeeper | Description | Date | Timekeeper | Hours |
|---|---|---|---|---|---|

| 09/14/12 | WH1 | Performed first level review of documents from ▮▮▮ and ▮▮▮ for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that ▮▮▮ has made, which documents should be withheld from production for either privilege or non-responsiveness. | | | 3.90 |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     QE00214025