Exhibit 18

# quinn emanuel trial lawyers

November 19, 2012                                                               Matter # 61937
Page 178                                                                        Invoice # 1188387

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|



| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 10/03/12 | WH1 | Performed first level review of documents from ▮▮▮ and ▮▮▮ for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that ▮▮▮ has made, which documents should be withheld from production for either privilege or non-responsiveness. | 5.80 |

# quinn emanuel trial lawyers

November 19, 2012  
Page 236

Matter # 61937  
Invoice # 1188387

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 10/04/12 | WH1 | Performed first level review of documents from ▆▆ and ▆▆ for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that ▆▆ has made, which documents should be withheld from production for either privilege or non-responsiveness. | 6.00 |



# quinn emanuel trial lawyers

November 19, 2012  
Page 278

Matter # 61937  
Invoice # 1188387

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|



| | | | |
|---|---|---|---|
| 10/05/12 | WH1 | Performed first level review of documents from ▮▮▮ and ▮▮▮ for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that ▮▮▮ has made, which documents should be withheld from production for either privilege or non-responsiveness. | 3.70 |

# quinn emanuel trial lawyers

November 19, 2012   Matter # 61937
Page 429   Invoice # 1188387

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | *[redacted]* | |
| 10/10/12 | WH1 | Performed first level review of documents from ▇▇ and ▇▇ for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that ▇▇ has made, which documents should be withheld from production for either privilege or non-responsiveness. | 10.00 |
| | | *[redacted]* | |

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   QE00215056