# quinn emanuel trial lawyers

November 19, 2012 — Matter # 61937
Page 488 — Invoice # 1188387

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/11/12 | WH1 | Performed first level review of documents from ▓▓▓ and ▓▓▓ for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that ▓▓▓ has made, which documents should be withheld from production for either privilege or non-responsiveness. | 5.30 |



# quinn emanuel trial lawyers

November 19, 2012            Matter # 61937
Page 542            Invoice # 1188387

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/12/12 | WH1 | Performed first level review of documents from [REDACTED] and [REDACTED] for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that [REDACTED] has made, which documents should be withheld from production for either privilege or non-responsiveness. | 5.20 |

# quinn emanuel trial lawyers

November 19, 2012  Matter # 61937
Page 620  Invoice # 1188387

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/15/12 | WH1 | Performed first level review of documents from ▮▮▮ and ▮▮▮ for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that ▮▮▮ has made, which documents should be withheld from production for either privilege or non-responsiveness. | 9.50 |



los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   QE00215247

# quinn emanuel trial lawyers

November 19, 2012             Matter # 61937
Page 680             Invoice # 1188387

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/16/12 | WH1 | Performed first level review of documents from ▇ and ▇ for responsiveness and initial identification of potentially privileged documents for further review and eventual inclusion the privilege log ordered by the Court. The overall purpose of this first-level review is to determine which documents are responsive to the Defendants' requests for production and, given the responses and objections that ▇ has made, which documents should be withheld from production for either privilege or non-responsiveness. | 6.10 |

