# Exhibit A

## REDACTED

```
                                                          Page 1
 1
     UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
     Civil Case No. 13 CV 1432
 3   - - - - - - - - - - - - - - - - - - - - - - x
 4   WILLIAM HENIG, on behalf of himself and all
     others similarly situated,
 5
                              Plaintiff,
 6
                   - against -
 7
     QUINN EMANUEL URQUHART & SULLIVAN, LLC and
 8   PROVIDUS NEW YORK, LLC,
 9                            Defendants.
     - - - - - - - - - - - - - - - - - - - - - - x
10
11                            233 Broadway
                              New York, New York
12
                              September 5, 2014
13                            10:03 a.m.
14
15             PRIVILEGED - CONFIDENTIAL
16             SUBJECT PROTECTIVE ORDER
17
18             DEPOSITION of KUSH BAMBRAH,
19   held at the above time and place, taken
20   before Brittany Saline, a Notary Public of
21   the State of New York, pursuant to the
22   Federal Rules of Civil Procedure.
23
24
25
```

Page 11

```
 1    KUSH BAMBRAH - PRIVILEGED - CONFIDENTIAL
 2   out directly to you; is that correct?
 3         A      Yes.
 4         Q      And you also deal or dealt
 5   directly with candidates for these
 6   positions?
 7         A      Yes.
 8         Q      So you're sort of the liaison
 9   between document review candidates and law
10   firms on the ████ project?
11         A      The question is -- it's nuance
12   in that I wasn't the main liaison.
13         Q      Who was the main liaison?
14         A      It was the business person
15   who's working with the client from
16   Providus.
17         Q      Who is that person?
18         A      Cheryl Moore.
19         Q      Okay.
20         A      And/or Deb Post.
21         Q      And this is specifically for
22   the ████ project of Quinn Emanuel, correct?
23         A      Yes, for them it is.
24         Q      Were you employed at Providus
25   when the relationship to provide document
```

```
 1    KUSH BAMBRAH - PRIVILEGED - CONFIDENTIAL
 2    review attorneys for this ████ project
 3    began?
 4         A       Yes.
 5         Q       And do you remember how it
 6    began?
 7         A       Yes.
 8         Q       Quinn Emanuel, I am assuming,
 9    spoke to someone at Providus to notify them
10    that they needed attorneys for document
11    review; is that correct?
12         A       Correct.
13         Q       Who at Quinn Emanuel reached
14    out to Providus?
15         A       I am not sure exactly.
16         Q       Do you know who that person
17    reached out to, who at Providus?
18         A       I would have to speculate.
19         Q       Not you?
20         A       Not me.
21         Q       Okay.  I don't want you to
22    speculate, but was there a person at
23    Providus that was generally the go-to
24    person for this type of thing?
25         A       Yes.
```

```
                                                    Page 13
 1    KUSH BAMBRAH - PRIVILEGED - CONFIDENTIAL
 2         Q        And who would that be?
 3         A        Deb Post and or Cheryl Moore.
 4         Q        And do you know who at
 5    Providus was responsible for negotiating
 6    the terms of the relationship the ▮▮▮▮
 7    document review project?
 8         A        I don't know.
 9         Q        But it was not you?
10         A        Correct.
11         Q        What was your first
12    introduction to this project?  Did someone
13    notify you that we're going to be providing
14    document review?
15         A        Yes.
16         Q        And who was that?
17         A        I believe it was Cheryl Moore.
18         Q        And at that point did Cheryl
19    put you in contact with Quinn Emanuel?
20         A        I was already -- it was
21    already -- well, put me in contact, yes.
22         Q        And with who at Quinn Emanuel
23    did they put you in contact?
24         A        Todd Riegler.
25         Q        Do you remember about when
```

Page 14

1   KUSH BAMBRAH - PRIVILEGED - CONFIDENTIAL
2   that was?
3       A       This was June of 2012.
4       Q       And is that project over as
5   far as Providus or DTI's concern?
6       A       No.
7       Q       It's still going on?
8       A       Correct.
9       Q       And you continue to work on
10  that project?
11      A       Correct.
12      Q       But since June of 2012, you
13  have had -- it's my understanding you
14  haven't had any involvement with respect to
15  what the terms of the agreement between
16  Quinn and Providus are; is that correct?
17              MR. O'KEEFE:  Hang on, I want
18          to have an objection to the form of
19          the question, it's vague as stated.
20          Over the objection, you can answer it
21          if you can.
22              MR. KIRSCHENBAUM:  You want to
23          repeat that question.
24              (The requested portion of the
25          record was read by the reporter.)

Page 27

1   KUSH BAMBRAH - PRIVILEGED - CONFIDENTIAL
2   information.
3       Q       Okay.  And if it was an email
4   you would have sent out a blast to a large
5   group of Providus people?
6       A       Correct, so I can't recall how
7   he came into --
8       Q       Okay.
9       A       -- the universe of people we
10  were considering.
11      Q       Either way it appears that you
12  chose Mr. Henig's resume to pass on to
13  Quinn Emanuel for an interview for the
14  Quinn ▮▮▮▮ project?
15      A       Correct.
16      Q       And then Quinn subsequently
17  invited him for an interview?
18      A       Correct.
19      Q       And they did that through you,
20  correct, they told you to tell him to come
21  for an interview?
22      A       They told DTI.
23      Q       They told DTI?
24      A       Or Providus at the time.
25      Q       Prior to Quinn's interviewing