# Exhibit G

**REDACTED**

| | |
|---|---|
| **From:** | Kush Bambrah |
| **Sent:** | Monday, August 13, 2012 6:38 PM |
| **To:** | |
| **Subject:** | FW: Providus: Project Client Interviews Tuesday August 14th PLEASE RESPOND ASAP |
| **Importance:** | High |

**PLEASE CONFIRM IMMEDIATELY.**

Your interview is scheduled for Tuesday at 1 August 14th, **with Quinn Emmanuel.** Please arrive at the building least 15 minutes beforehand as there are sometimes lines at the security desk. The interview will last 15 minutes. However, do NOT GO UP to the Quinn offices until 5-10 minutes before your interview as they do not want for there to be a mash of people waiting in their lobby.

You will be meeting with Quinn Emmanuel attorney Ken Tanzer.

Attire is business casual.

Please bring a copy of your resume with you.

The location of the interview is:

51 Madison Ave (Across from Madison Square Park. You can enter from either the Madison Ave OR Park Ave side. Either way head towards the CENTER receptionist).
New York, New York 10010

At the receptionist in the main lobby of the building, let them know the name of your interviewer and you will be sent to the 22nd floor.

As note, the subject matter of the review is                    and any knowledge or experience that you can demonstrate will be appreciated. With this team, an interest, a willingness to learn if need be, to be committed and to positive are just as, if not more important than subject matter knowledge.

If for any reason you are running late, please give me a call at

All the best, I'm sure you will do great!!


**To RECAP, the parameters of the project are:**
Duration: 2 months or so, could be less, could be more
Location: 25th and Broadway, Madison Square Park
Rate: $35 flat across all hours
Hours: 57 min/60 max per week
OT: flat rate over 40hrs/week
Bar: Active any state
Hours: Mon –Fri 8:45a to 10p, Saturday available, but not required if you meet you max from 9a to 5p.



1

DTI000094

**Kush Bambrah, Esq. | Director of Placement, Eastern Region | Providus**
1115 Broadway | Twelfth Floor | new york, new york 10010 | (646) 378-7972 OFFICE | (212) 710-2601 FAX | ▮▮▮ CELL

*Providus provides attorneys and paralegals on a contract and permanent basis to law firms and corporate law departments, as well as e-discovery consulting services for large-scale document reviews. Located in major markets throughout the country, Providus provides staffing and document review services nationwide. We were named to the Inc. 5000 List as one of America's Fastest Growing Private Companies and are a Woman-Owned Business Enterprise. Learn more at www.ProvidusGroup.com.*