# Exhibit K

**REDACTED**

# TEMPORARY EMPLOYEE DATA SHEET

## PERSONAL DATA INFORMATION

NAME: Henig         William
      LAST          FIRST          MIDDLE

PREFERRED NAME: William

PRIMARY ADDRESS: [redacted]
      STREET        CITY      STATE      ZIP

HOME PHONE NUMBER: [redacted]    CELL PHONE NUMBER: [redacted]

## EMERGENCY CONTACT INFORMATION

SPOUSE'S/SIGNIFICANT OTHER'S NAME: Judy Henig

IN CASE OF EMERGENCY, CONTACT: Judy Henig   RELATIONSHIP: Wife

HOME #: [redacted]        WORK #: [redacted]

DR.'S NAME: [redacted]    DR.'S PHONE NUMBER: [redacted]

## JOB RELATED INFORMATION

POSITION: Contract Attorney, Document Review   START DATE: 8/16/2012

YEAR JD RECEIVED: 2005

EMPLOYEE SIGNATURE: William [signature]   DATE: 8/16/12

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          QE00215865

## QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
## AGREEMENT TO KEEP INFORMATION CONFIDENTIAL

The undersigned hereby agrees that (s)he will comply fully with the statement of Quinn Emanuel Urquhart Oliver & Hedges' policy as listed below:

- The undersigned acknowledges that in the course of employment by Quinn Emanuel Urquhart Oliver & Hedges, the undersigned may come into contact with, or be exposed to, information belonging to clients of the firm.

- The undersigned hereby agrees that he/she will not discuss to any person any client information except to the extent necessary to carry out the firm's obligation with respect to such client or except as may be expressly authorized by such client. All client information shall be treated as confidential and proprietary to such client. This means not only that QEUO&H personnel and any temporary employees of the firm, must refrain from unnecessary or casual discussions of such matters with other QEUO&H personnel, but also that necessary discussions be conducted so as to minimize accidental disclosure, that access to files containing such information be limited and that the identity of parties be safeguarded when circulating or transmitting written data which may be seen by parties other than the intended recipient.

- The undersigned will not disclose to any person the identity of any Quinn Emanuel Urquhart Oliver & Hedges' clients except as required to carry out the firm's obligations with respect to such client.

Signature: William [signature]    Date: 8/16/12

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        QE00215866