# Exhibit N

# quinn emanuel trial lawyers

October 22, 2012                                                            Matter # 61937
Page 1209                                                                   Invoice # 1187528

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|



## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| | | Partner | | 875.00 | |
| | | Partner | | 875.00 | |
| | | Partner | | 875.00 | |
| | | Partner | | 875.00 | |
| | | Partner | | 875.00 | |
| | | Partner | | 775.00 | |
| | | Partner | | 775.00 | |
| | | Partner | | 760.00 | |
| | | Partner | | 750.00 | |
| | | Counsel | | 710.00 | |
| | | Partner | | 660.00 | |
| | | Partner | | 660.00 | |
| | | Counsel | | 620.00 | |
| | | Associate | | 530.00 | |
| | | Associate | | 530.00 | |
| | | Associate | | 455.00 | |
| | | Associate | | 455.00 | |
| | | Associate | | 445.00 | |
| | | Associate | | 445.00 | |
| | | Associate | | 430.00 | |
| | | Associate | | 430.00 | |
| | | Associate | | 430.00 | |
| | | Associate | | 410.00 | |
| | | Associate | | 410.00 | |

QE00214618

# quinn emanuel trial lawyers

October 22, 2012
Page 1210

Matter # 61937
Invoice # 1187528

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Associate | | 400.00 | |
| | | Associate | | 400.00 | |
| | | Associate | | 400.00 | |
| | | Associate | | 400.00 | |
| | | Associate | | 400.00 | |
| | | Associate | | 400.00 | |
| | | Associate | | 390.00 | |
| | | Associate | | 390.00 | |
| | | Associate | | 390.00 | |
| | | Associate | | 380.00 | |
| | | Associate | | 380.00 | |
| | | Associate | | 380.00 | |
| | | Sr. Disc Atty | | 370.00 | |
| | | Attorney | | 320.00 | |
| | | Law Clerk | | 295.00 | |
| | | Law Clerk | | 295.00 | |
| | | Law Clerk | | 295.00 | |
| | | Law Clerk | | 295.00 | |
| | | Law Clerk | | 295.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |

QE00214619

# quinn emanuel trial lawyers

October 22, 2012
Page 1211

Matter # 61937
Invoice # 1187528

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Law Clerk Hrly | | 250.00 | |
| | | Law Clerk Hrly | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 250.00 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |

los angeles | new york | san francisco | silicon valley | chicago | dc | london | mannheim | tokyo | hamburg

QE00214620

# quinn emanuel trial lawyers

October 22, 2012
Page 1212

Matter # 61937
Invoice # 1187528

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |

QE00214621

# quinn emanuel trial lawyers

October 22, 2012                                                          Matter # 61937
Page 1213                                                             Invoice # 1187528

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| ████████████ | | Attorney | █████ | 68.50 | ████████ |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| **William Henig** | **WH1** | **Attorney** | **135.10** | **68.50** | **9,254.35** |
| ████████████ | | Attorney | █████ | 68.50 | ████████ |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |

QE00214622

# quinn emanuel trial lawyers

October 22, 2012
Page 1214

Matter # 61937
Invoice # 1187528

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |

QE00214623

# quinn emanuel trial lawyers

October 22, 2012
Page 1215

Matter # 61937
Invoice # 1187528

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Attorney | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Law Clerk | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Attorney | | 68.50 | |
| | | Title | | Rate | |
| | | Managing Clerk | | 280.00 | |
| | | Paralegal | | 250.00 | |
| | | Paralegal | | 250.00 | |
| | | Paralegal | | 250.00 | |
| | | Paralegal | | 250.00 | |
| | | Title | | Rate | |
| | | Lit Support | | 365.00 | |
| | | Lit Support | | 150.00 | |
| | | Lit Support | | 150.00 | |

QE00214624