# Exhibit Q

## REDACTED

 # Document Review

## June 29, 2012



Privileged and Confidential.  Attorney Work Product.

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212025

# Quinn Emanuel Team



Privileged and Confidential.  Attorney Work Product.

2

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212026



Privileged and Confidential.  Attorney Work Product.

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212027



Privileged and Confidential.  Attorney Work Product.

4

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212028



Privileged and Confidential.  Attorney Work Product.

5

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212029



Privileged and Confidential.  Attorney Work Product.

6

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212030



Privileged and Confidential.  Attorney Work Product.

7

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212031



Privileged and Confidential.  Attorney Work Product.

8

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212032



Privileged and Confidential.  Attorney Work Product.

9

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212033



Privileged and Confidential.  Attorney Work Product.

10



Privileged and Confidential.  Attorney Work Product.

11

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212035



Privileged and Confidential.  Attorney Work Product.

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212036



13

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212037



Privileged and Confidential.  Attorney Work Product.

14

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Privileged and Confidential.  Attorney Work Product.

15

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212039



Privileged and Confidential.  Attorney Work Product.

16

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212040



Privileged and Confidential.  Attorney Work Product.

17

QE00212041



Privileged and Confidential.
Attorney Work Product.

18

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212042



Privileged and Confidential.  Attorney Work Product.

19

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212043



Privileged and Confidential.  Attorney Work Product.

20

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212044

# Tagging (subject to change)

Tag all documents reviewed so that we can come back to them later and easily locate as needed.
Each document may receive MULTIPLE tags, including sub-tags.

| TAG | EXPLANATION |
| --- | --- |
| Nonresponsive | Use this tag for documents that are either: (1) not responsive to defendants' requests for production, or (2) relate to a request for which ▮▮▮ has declined to produce documents. (*See* Chart of Plaintiff's Positions with respect to Document Requests) |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| Responsive Sub-tags include: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | Use this tag for documents responsive to defendants' requests for production, limited by ▮▮▮ objections. |
| Key Doc | Use this tag for documents that *directly* relate to whether our claims are actionable ▮▮▮▮▮ ▮▮▮▮▮ . USE SPARINGLY (i.e. 1% of documents reviewed). |
| Interesting Doc | Use this tag for documents that are interesting or important to the case and you feel should be flagged for the group , such as documents that would be helpful in depositions or briefs ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (i.e. 10% of documents reviewed). |
| Not Confidential | Public documents, new reports, SEC filings, etc. |
| Not Privileged | Any documents that are not subject to privilege |
| Privileged - Withhold Sub-tags include:  (a) "A/C" (attorney-client privilege); (b) "W/P" (work product privilege); (c) deliberative process. | Use this tag for documents that *are* responsive/relevant, but that are subject to either the attorney-client privilege or work product privilege. |
| Reviewer Question/Follow-Up | Use this tag for documents for which you are struggling to make a production call; make all efforts to discuss the document with a member of the Second Level Review Team prior to using this tag. |
| Technical Issues | Use this tag for documents with technical issues *that you are unable to resolve on your own* (e.g. documents that are in an unreadable format or cannot be opened). |
| Second Level Review Complete | DO NOT USE – to be used by Second Level Review Team only. |
| Highly Confidential – Second Review Only | DO NOT USE – to be used by Second Level Review Team only. |

Privileged and Confidential.  Attorney Work Product.

21

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# "Responsive" Tags:  Sub-Tags

- **Once you determine that a document is "Responsive," please select one of the following sub-tags to further describe the subject matter:**



Privileged and Confidential.  Attorney Work Product.

22



Privileged and Confidential.  Attorney Work Product.

23

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Privileged and Confidential.  Attorney Work Product.

24

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Relevant People at █████

- ## The people at █████ are not always relevant to these Actions.  They are relevant regarding their examination of the █████ and █████████ oversight.



| Name | Role |
|------|------|
| | |

Privileged and Confidential.
Attorney Work Product.

25

QE00212049

# Privilege

- One of the most important things to keep in mind during this review is protecting ████ and the ████ privileged documents.

- Under Fed. R. Civ. P. 26(b)(1), parties may only obtain discovery of relevant nonprivileged matters.  Thus, if a document is privileged, the Defendants are not entitled to it.

- You should review for privilege on all documents you consider responsive.  Reviewers should err in favor of designating a document which has <u>any possibility</u> of being privileged as "privileged."  If you determine that the document is privileged, or has any possibility of being privileged, please select the "Privileged" tag.

- While we are relying on privileged search terms, they are not going to capture every privileged document.  Do not assume that because a document lacks a privileged search term, it is not privileged.

- This summary is no substitute for questions—if you have any questions, ask them.  Privilege can be tricky and there are a lot of gray areas so chances are if you have a question, someone else does too.

Privileged and Confidential.  Attorney Work Product.

26

# What is a privileged document?

- ## Attorney-Client Privilege/Work Product Immunity:

  - Documents may be protected from disclosure under the **attorney-client privilege** if the document constitutes, contains or references a confidential communication made between lawyer and client for the purpose of giving or receiving legal advice.

  - The **attorney work product immunity** is intended to protect from disclosure an attorney's mental impressions, opinions, conclusions or legal theories prepared in anticipation of litigation or for trial.  A document will be protected from disclosure under the attorney work product immunity if the document constitutes a confidential document or memorandum, prepared by or at the direction of an attorney, revealing the attorney's mental impressions, opinions, conclusions or legal theories, and prepared in anticipation of litigation or for trial.

- **BE ON THE LOOK-OUT FOR THE LEGAL PROFESSIONAL SEARCH TERMS DURING YOUR REVIEW.**

Privileged and Confidential.  Attorney Work Product.

27

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212051

# What is a privileged document? (cont.)

- **Documents Marked with "Privileged" or "Work Product" Headings:**
  - Pay careful attention to documents marked with "PRIVILEGED" or "WORK PRODUCT" labels.  All such documents should be marked as "privileged."  These labels are usually at the top of the page or at the end of a document.
- **Documents of the same "family" consistently marked:**
  - If you believe that a document is privileged, all documents in the same family should be marked as privileged.
- **Attorney as Custodian:**
  - Documents that list an attorney as the custodian should be marked as privileged.
- **<u>NOTE</u>:  Reviewer should still use subject tags even if marking the document as privileged or highly confidential.**

Privileged and Confidential.  Attorney Work Product.

28

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212052

# List of Key Attorneys



- Quinn Emanuel

Privileged and Confidential.  Attorney Work Product.

29

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212053

# Logistics

- **LDiscovery Vendor**
  - Runs on the Relativity platform
- **Monday through Friday, 9:00 AM – 8:00 PM**
  - Average 50 hours/week

Privileged and Confidential.  Attorney Work Product.

30

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00212054

# Questions?

- ## For your information, we provided copies of:

  - Defendants' First and Second Requests for the Production of Documents
  - ███████ Responses to Defendants' First Interrogatories
  - ███████ Initial Disclosures
  - Two complaints ████████████████
  - List of All ████████████ By Complaint
  - List of All Defendants By Complaint
  - Text from ███████████ decision denying the Defendants' Motion to Dismiss the Second Amended Complaint against ████
  - A list of the Defendants' prioritized documents as reflected in the parties' Joint Report on Case Management Issues
  - The Defendants' Motion to Dismiss in █████

Privileged and Confidential.  Attorney Work Product.

31

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER