# Exhibit W

**REDACTED**

From:        ███████████
Sent:        Thu 8/30/2012 10:18 AM (GMT -7)
To:          ██████ Doc Review
Cc:
Bcc:
Subject:     FW: Responses to RFP in spreadsheet format
Attachments: 4895271_1.xls


Sorry if some of you already received this.  I am forwarding it for the reviewers who started mid –August.  ██████



**From:** ███████████
**Sent:** Tuesday, August 07, 2012 3:28 PM
**To:** ██████ 2LR Team; FHFA Doc Review
**Cc:** Andrew Kutscher; ███████████; Todd Riegler
**Subject:**


██████ responses to ██████ 1st, 2nd and 3rd document requests.  Please note that there will an update to this spreadsheet (in a day or two) to reflect RFPs issued by specific D's.

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    QE00211557



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211562



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211567



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211569



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211570



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211573



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          QE00211574



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211576



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211578



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211582



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211583



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        QE00211584



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211588



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211590



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211597



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

QE00211598



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   QE00211603



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER