# Exhibit B B

**REDACTED**

From: █████
Sent: Fri 9/28/2012 1:57 PM (GMT -7)
To: █████
Cc: █████ 2LR Team; █████ Doc Review; Todd Riegler
Bcc:
Subject: Name to add to attorney list

Hi Alan – Please add ███████████ to our attorney list.  She should be highlighted in yellow.

███████████████████████████████████████████████████████

Please review any communication from/to these people carefully.  Chances are the communications will not be privileged.

███████████████

EXHIBIT
11
7-3-14

PRIVILEGED AND CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    QE00211211