# Exhibit CC

## REDACTED

# WILLIAM HENIG
### ATTORNEY AT LAW



BAR ADMISSION: Admitted to practice law in New York in February 2006

EDUCATION: City University of New York School of Law, J.D., May 2005

Brandeis University, B.A. in History, May 2001

LEGAL
EXPERIENCE: Quinn Emanuel, New York, NY, August 2012-October 2012

*Document Review*
Worked with Relativity to review e-discovery on vast litigation matter.

**The Law Office of William Henig, P.C,** Monsey, NY & NYC,   August 2009-
                                                                August 2012
*Solo Practitioner*
Solo practitioner in community-oriented general law practice. Practice areas include, but are not limited to, family law (divorce, custody, visitation, and child support), civil litigation, and criminal defense. Member of Rockland County Family Court 18-B Panel.

**NYC Admin. for Children's Services (ACS),** Brooklyn, NY   February 2007-
                                                              August, 2009
*Agency Attorney / Special Assistant Corporation Counsel*
Attorney in family court litigation unit for child protective agency. Represented the agency in all aspects of child abuse and neglect litigation, including trials, emergency hearings, child permanency hearings, conferences, and appeals. Drafted petitions, briefs, and emergency motions. Made over 1,200 court appearances, including about 500 hearings and trials.

1

**NYC Department of Homeless Services**, Bronx, NY        September 2005-
                                                          February 2007

*Agency Attorney*
In-house legal counsel for agency's fraud investigation unit. Composed final eligibility determinations for families applying for housing assistance. Prepared documents for administrative fair hearings. Conducted legal conferences with applicants. Assisted in special projects for other units in the agency, including personnel and employee discipline.

**Office of the New York State Attorney General**, New York, NY     Fall 2004

*Intern*
Performed intensive research, drafted motions, and composed memoranda of law for litigation unit. Assisted senior attorneys during court appearances.

**Kings County Civil Court**, Brooklyn, NY                 Summer 2004

*Judicial Intern*
Law clerk to Judge Loren Baily-Schiffman. Assisted in all aspects of trial court practice, including preparing memoranda of law, attending trials and motion proceedings, researching issues brought before the judge, and drafting decisions of the court.

**New York Legal Assistance Group (NYLAG)**, New York, NY    Summer 2003

*Summer Associate*
Summer associate in non-profit, public interest-oriented firm. Screened clients for eligibility to participate in program for Holocaust survivors to receive reparations from government of Germany. Assisted clients in filling out extensive application forms.

*P0061*